MICHAEL D. LONG (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 447-1920
Mike.Long.Law@msn.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA, Plaintiff,
v.
ANH NGUYEN, Defendant.

) No. CR 08-93 KJM
) STIPULATION AND ORDER TO TERMINATE PRE-TRIAL RELEASE SUPERVISION
) Judge: Hon. Kimberly J. Mueller

TO: BENJAMIN WAGNER, U.S. Attorney, TODD LERAS, Asst. U.S. Attorney:

Defendant ANH NGUYEN, by and through his attorney, Michael D. Long, and the Government, by and through its attorney, Michael Anderson, stipulate as follows:

Darryl Walker, the Sacramento pre-trial services officer for Anh Nguyen, has informed undersigned counsel that his Central District counterparts have determined that Anh Nguyen no longer needs to be monitored by pre-trial services due to special circumstances related to the debilitating stroke he suffered in July of 2013. AUSA Anderson and defense counsel agree that terminating supervision is appropriate. We stipulate that the court may modify the conditions of Mr. Nguyen's release to delete any monitoring by pre-trial services.

Dated: February 18, 2014

Respectfully submitted,

/s/ Michael D. Long
MICHAEL D. LONG
Attorney for Mr. Nguyen

///

Dated: February 18, 2014

BENJAMIN WAGNER
United States Attorney

/s/ Michael Anderson____
MICHAEL ANDERSON
Assistant U.S. Attorney
Signed by Mr. Long with the permission of Mr. Anderson

MICHAEL D. LONG (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 447-1920
Mike.Long.Law@msn.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA, Plaintiff,

v.

ANH NGUYEN, Defendant.

) No. CR-08-93 KJM
) ORDER
) Judge: Hon. Kimberly J. Mueller

================================)

IT IS HEREBY ORDERED that the pre-trial release conditions for defendant Anh Nguyen are modified in the following manner:

Anh Nguyen is no longer subject to supervision by pre-trial services as a condition of his release.

Dated: February 25, 2014.

UNITED STATES DISTRICT JUDGE