BENJAMIN B. WAGNER
United States Attorney
MICHAEL D. ANDERSON
MATTHEW G. MORRIS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>ANH NGUYEN,<br><br>　　　　　　　　Defendant. | CASE NO. 2:08-CR-093 KJM<br><br>STIPULATION AND ORDER FOR A PYSCHOLOGICAL EXAMINATION |

Following receipt of a defense expert report regarding the competency of defendant Anh Nguyen, the government has been in the process of retaining its own expert to evaluate the defendant's competency to stand trial and/or the likelihood that he can be returned to competency to stand trial. To this end, the government has identified an expert in Forensic Psychology and Neuropsychology who is located in the Los Angeles area. It appears that this expert has the correct expertise to make the necessary evaluation in light of the defendant's medical condition. That expert has agreed to conduct the evaluation, and the government has provided a copy of his CV to defense counsel.

In prior court proceedings, this Court indicated that an evaluation of the defendant was appropriate given his serious medical condition as reported by defense counsel and the defense expert. This indication did not appear in the court minutes or in the form of a formal order because the government was evaluating various options and a formal order was not requested by either party. Now, however, in order for funds to be allocated to the expert evaluation by the U.S. Attorney's Office, a

MOTION AND ORDER FOR A COMPETENCY EVALUATION　　　　1

formal order or a minute order is necessary.  Therefore, the government, joined by the defendant, respectfully requests that Court order a psychological examination of the defendant.

Dated:  November 19, 2014					BENJAMIN B. WAGNER
								United States Attorney

								/s/ MICHAEL D. ANDERSON
								MICHAEL D. ANDERSON
								MATTHEW G. MORRIS
								Assistant United States Attorney

Dated:  November 19, 2014
							By:	/s/ MICHAEL LONG
								MICHAEL LONG
								Attorney for Anh Nguyen

## FINDINGS AND ORDER

IT IS HEREBY ORDERED that defendant Anh Nguyen submit to a psychological examination to determine competency by an expert retained by the government and acting at the government's direction, with such examination to take place at a time and place agreed upon by the government and defense counsel.

Dated:  November 19, 2014.

_____
UNITED STATES DISTRICT JUDGE

MOTION AND ORDER FOR A COMPETENCY EVALUATION

2