BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
MICHAEL D. ANDERSON
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>ANH NGUYEN,<br><br>                    Defendant. | CASE NO.  2:08-CR-093<br><br>STIPULATION AND ORDER RE: MENTAL COMPETENCY<br><br>DATE: March 25, 2015<br>TIME: 9:00 a.m.<br>COURT: Hon. Kimberly J. Mueller |

The parties, by and through their respective attorneys, stipulate and agree that:

The defense has previously provided a report to the Court offering the opinion that the defendant is not competent to stand trial and will not likely regain competency. ECF 993, 994. That report has been received by the Court and filed under seal. *Id*. The government requested, and the Court ordered, an evaluation by a second expert. ECF 1082, 1085, 1095.

The government has received the report from the second expert. Exh 1.[1]

In light of the information contained in the two reports, the parties stipulate and request that the Court find:

(a) That the defendant is presently suffering from a mental disease or defect rendering him

---

[1] The government will file a request, contemporaneously with this stipulation, that Exhibit 1 be filed under seal.

STIP AND PROPOSED ORDER RE COMPETENCY            1

unable to understand the nature and consequences of the proceedings against him;

(b) That the defendant is presently suffering from a mental disease or defect rendering him unable to assist properly in his defense;

(c) That both experts have concluded that there is no reasonable likelihood that the defendant will recover his competency to assist in his defense or understand the nature of the proceedings against him.

18 U.S.C. § 4241(d).

**SO STIPULATED**

Dated:  March 16, 2015                    BENJAMIN B. WAGNER
                                          United States Attorney

                                          By:  /s/ MATTHEW G. MORRIS
                                               MATTHEW G. MORRIS
                                               MICHAEL D. ANDERSON
                                               Assistant United States Attorneys

Dated:  March 16, 2015               By:  /s/ MICHAEL LONG (auth by email)
                                          MICHAEL LONG
                                          Attorney for Anh Nguyen

**SO ORDERED**

Dated:  March 19, 2015               By:  _____
                                          UNITED STATES DISTRICT JUDGE