1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHAEL D. ANDERSON
   MATTHEW G. MORRIS
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA  95814
   Telephone: (916) 554-2700
5  Facsimile:  (916) 554-2900

6
   Attorneys for Plaintiff
7  United States of America

8
                    IN THE UNITED STATES DISTRICT COURT
9
                       EASTERN DISTRICT OF CALIFORNIA
10

11
   UNITED STATES OF AMERICA,           CASE NO. 2:08-CR-093 KJM
12
                       Plaintiff,      MOTION AND ORDER TO DISMISS
13                                     SUPERSEDING INDICTMENT AS TO
            v.                         DEFENDANT ANH NGUYEN
14
   CHARLES HEAD, ET AL.,
15
                       Defendants.
16

17
       The United States, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby
18
   moves to dismiss the superseding indictment against ANH NGUYEN in the above captioned case.  On
19
   March 19, 2015, the Court issued an order finding that Mr. Nguyen was not competent to stand trial and
20
   was unlikely to ever return to competency.  (Dkt. 1309).  Counsel for the government communicated
21
   with counsel for Mr. Nguyen, Michael Long, and Mr. Long indicated that he had no objection to this
22
   motion.
23
   Dated: March 20, 2015                BENJAMIN B. WAGNER
24                                      United States Attorney

25
                                         /s/ Michael D. Anderson
26                                      MICHAEL D. ANDERSON
                                        MATTHEW G. MORRIS
27                                      Assistant United States Attorneys

28

   Motion and Order to Dismiss Superseding Indictment     1
   as to Anh Nguyen

**ORDER**

**IT IS HEREBY ORDERED** that the superseding indictment in the above captioned case be dismissed against defendant ANH NGUYEN without prejudice in the interest of justice.

DATED:   March 20, 2015.

_____
UNITED STATES DISTRICT JUDGE