BENJAMIN B. WAGNER
United States Attorney
MICHAEL D. ANDERSON
MATTHEW G. MORRIS
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>CHARLES HEAD, ET AL.,<br><br>           Defendants. | CASE NO. 2:08-CR-093 KJM<br><br>MOTION AND ORDER TO DISMISS SUPERSEDING INDICTMENT AS TO DEFENDANT ANH NGUYEN |

The United States, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby moves to dismiss the superseding indictment against ANH NGUYEN in the above captioned case. On March 19, 2015, the Court issued an order finding that Mr. Nguyen was not competent to stand trial and was unlikely to ever return to competency. (Dkt. 1309). Counsel for the government communicated with counsel for Mr. Nguyen, Michael Long, and Mr. Long indicated that he had no objection to this motion.

Dated: March 20, 2015                    BENJAMIN B. WAGNER
                                         United States Attorney


                                          /s/ Michael D. Anderson
                                         MICHAEL D. ANDERSON
                                         MATTHEW G. MORRIS
                                         Assistant United States Attorneys

Motion and Order to Dismiss Superseding Indictment           1
as to Anh Nguyen

## ORDER

**IT IS HEREBY ORDERED** that the superseding indictment in the above captioned case be dismissed against defendant ANH NGUYEN without prejudice in the interest of justice.

DATED: March 20, 2015.

_____
UNITED STATES DISTRICT JUDGE